UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHLEEN ROCHE, D.C.,

    Plaintiff,

    v.

TRAVELERS PROPERTY CASUALTY
INSURANCE CO., TRAVELERS INDEMNITY
CO., TRAVELERS CASUALTY & SURETY CO.
and THE TRAVELERS INSURANCE COMPANY
n/k/a THE ST. PAUL TRAVELERS COMPANIES,

    Defendants.

Case No. 07-cv-302-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court again on jurisdictional matters. In an order dated April 27, 2007, the Court noted several defects in the plaintiff's pleading of federal jurisdiction. The plaintiff has since filed an amended complaint that cures some of those defects but not all of them. Specifically, the Court's April 27 order noted that the plaintiff had failed to allege the principal places of business and the states of incorporation of the defendants. It further stated, "[I]n order to determine if jurisdiction exists, the Court must know the specific states of incorporation and principal place of business of each of those defendants." The plaintiff's amended complaint names the principal places of business of the defendants but still fails to name their states of incorporation.

Further, the Court's April 27 order directed the plaintiff to consult Local Rule 15.1 regarding amended pleadings. Local Rule 15.1 requires that all new matter in amended pleadings be underlined. The plaintiff failed to do so.

The Court hereby **ORDERS** that the plaintiff shall have up to and including June 8, 2007, to amend the faulty pleading to correct the remaining jurisdictional defects. Failure to

amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.  Again, the plaintiff is directed to consult Local Rule 15.1 regarding amended pleadings and need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**
**DATED:  May 22, 2007**

                                       s/ J. Phil Gilbert
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**