UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHLEEN ROCHE, D.C., individually
and on behalf of others similarly situated,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY, THE
TRAVELERS INDEMNITY COMPANY,
TRAVELERS CASUALTY & SURETY
COMPANY, and THE TRAVELERS
INSURANCE COMPANY,

    Defendants.

Case No. 07-cv-302-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: March 31, 2009

JUSTINE FLANAGAN, Acting Clerk

By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**